| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | Mark D. Passin (State Bar No. 101195) |
| 2 | mdpassin@rkmc.com |
| | Yakub Hazzard (State Bar No. 150242) |
| 3 | YHazzard@rkmc.com |
| | Jeanine Percival Wright (State Bar No. 246567) |
| 4 | JPWright@rkmc.com |
| | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA  90067-3208 |
| | Telephone: 310-552-0130 |
| 6 | Facsimile:  310-229-5800 |
| 7 | Attorneys for Defendants |

FILED
11 MAR 10 PM 3:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA--WESTERN DIVISION

| | |
|---|---|
| NEW HEIGHTS ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT D. FUSARI, an individual; WHITE CHOCOLATE PRODUCTIONS, INC., a New Jersey corporation; JUNE BUG ALLEY, a business entity of unknown form; ROB FUSARI PRODUCTIONS LIMITED LIABILITY COMPANY, a New Jersey limited liability company; ROB FUSARI PRODUCTIONS INC., a New Jersey corporation; ROB FUSARI MANAGEMENT GROUP INC., a New Jersey corporation; ROB FUSARI INTERNATIONAL LLC, a New Jersey limited liability company; and DOE 1 through 20, inclusive, <br><br> Defendants. | Case No. CV11-02072 PSG (FMOx) <br><br> **DECLARATION OF ROBERT D. FUSARI IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441 (DIVERSITY)** <br><br> Judge: <br> Dept.: <br><br> Complaint Filed:   January 7, 2011 <br> Complaint Served:  Undetermined <br> LA Sup. Court Case No.:  BC452542 |

60425725.1

- 1 -

**DECLARATION OF ROBERT D. FUSARI I/S/O DEFENDANTS' NOTICE OF REMOVAL**

# DECLARATION OF ROBERT D. FUSARI

I, Robert D. Fusari, do state and declare as follows:

1. I am individual residing in Livingston, New Jersey and I am a named defendant in the above-captioned action. I have first-hand, personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently to them.

2. I submit this Declaration in support of defendants Robert D. Fusari, White Chocolate Productions, Inc., June Bug Alley, Rob Fusari Productions, LLC, Rob Fusari Productions, Inc., Rob Fusari Management Group, Inc., and Rob Fusari International, LLC (collectively, "Defendants") Notice of Removal of Action Under 28 U.S.C. § 1441 (Diversity).

3. I am the chairman of Defendant White Chocolate Productions, Inc. Defendant White Chocolate Productions, Inc. is a New Jersey corporation with its headquarters, principal place of business, and corporate offices in Livingston, New Jersey. All of White Chocolate Productions, Inc.'s high-level officers direct, control and coordinate the operation of White Chocolate Productions, Inc. from White Chocolate Productions, Inc.'s offices in Livingston, New Jersey. White Chocolate Productions, Inc. is not now, and was not at the time of filing of the State Court Action, a citizen of the State of California.

4. I am the chairman of Defendant June Bug Alley. Defendant June Bug Alley is a New Jersey corporation with its headquarters, principal place of business, and corporate offices in Livingston, New Jersey. All of June Bug Alley's high-level officers direct, control and coordinate the operation of June Bug Alley from June Bug Alley's offices in Livingston, New Jersey. June Bug Alley is not now, and was not at the time of filing of the State Court Action, a citizen of the State of California.

5. I am the chairman of Defendant Rob Fusari Productions, LLC. Defendant Rob Fusari Productions, LLC is a New Jersey limited liability

1  corporation with its headquarters, principal place of business, and corporate offices
2  in Livingston, New Jersey. All of Rob Fusari Productions, LLC's high-level
3  officers direct, control and coordinate the operation of Rob Fusari Productions,
4  LLC from Rob Fusari Productions, LLC's offices in Livingston, New Jersey. Rob
5  Fusari Productions, LLC is not now, and was not at the time of filing of the State
6  Court Action, a citizen of the State of California.
7         6.    I am the chairman of Defendant Rob Fusari Productions, Inc.
8  Defendant Rob Fusari Productions, Inc. is a New Jersey corporation with its
9  headquarters, principal place of business, and corporate offices in Livingston, New
10 Jersey. All of Rob Fusari Productions, Inc.'s high-level officers direct, control and
11 coordinate the operation of Rob Fusari Productions, Inc. from Rob Fusari
12 Productions, Inc.'s offices in Livingston, New Jersey. Rob Fusari Productions,
13 Inc. is not now, and was not at the time of filing of the State Court Action, a citizen
14 of the State of California.
15        7.    I am the chairman of Defendant Rob Fusari Management Group, Inc.
16 Defendant Rob Fusari Management Group, Inc. is a New Jersey corporation with
17 its headquarters, principal place of business, and corporate offices in Livingston,
18 New Jersey. All of Rob Fusari Management Group, Inc.'s high-level officers
19 direct, control and coordinate the operation of Rob Fusari Management Group, Inc.
20 from Rob Fusari Management Group, Inc.'s offices in Livingston, New Jersey.
21 Rob Fusari Management Group, Inc. is not now, and was not at the time of filing
22 of the State Court Action, a citizen of the State of California.
23        8.    I am the chairman of Defendant Rob Fusari International, LLC.
24 Defendant Rob Fusari International, LLC is a New Jersey limited liability
25 corporation with its headquarters, principal place of business, and corporate offices
26 in Livingston, New Jersey. All of Rob Fusari International, LLC's high-level
27 officers direct, control and coordinate the operation of Rob Fusari International,
28 LLC from Rob Fusari International, LLC's offices in Livingston, New Jersey. Rob

1  Fusari International, LLC is not now, and was not at the time of filing of the State
2  Court Action, a citizen of the State of California.
3      9.    The amount in controversy in this action is in excess of $75,000
4  inasmuch as plaintiff New Heights Entertainment, LLC alleges in its complaint
5  that it prays for damages "in no event less than $100,000."
6      10.    I, on behalf of myself and on behalf of each of the corporate entity
7  defendants, consent to and join in the removal of this action.
8      I declare under penalty of perjury under the laws of the United States of
9  America that the foregoing is true and correct.
10     Executed this __9__ day of March, 2011 at Livingston, New Jersey.

By: _____
Robert D. Fusari
Declarant